UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:23-cr-30

vs.

MARCEL WALLACE,                      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) REVOKING DEFENDANT'S BOND; AND (2) REMANDING DEFENDANT TO THE CUSTODY OF THE UNITED STATES MARSHAL FOR TRANSPORT TO THE INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS**

---

Previously in this criminal case, the Court accepted Defendant Marcel Wallace's plea of guilty to possession with intent to distribute more than 40 grams of fentanyl and a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). On November 2, 2023, the Court sentenced him to an 84-month term of imprisonment. Doc. No. 21. Additionally, the Court—being advised that Defendant had no issues while on bond and in the absence of opposition by either the Government or Defendant—ordered Defendant to voluntarily surrender to the institution designated by the U.S. Bureau of Prisons as notified by the United States Marshal. *Id*. The Court also continued Defendant's previously set bond conditions. *Id*.

On November 15, 2023, the Court received a report from U.S. Pretrial Services, stating that Defendant had been arrested on November 13, 2023 and charged in state court with violating a protective order, obstructing official business, and resisting arrest. Doc. No. 22 at PageID 98. Defendant is currently being held at the Montgomery County Jail. *See id*. Defendant's new charges

violate the conditions of his bond. *See id*. at 97-98.[1] Consequently, the Court **REVOKES** Defendant's bond and the prior Order permitting him to voluntarily surrender and **REMANDS** Defendant to the custody of the United States Marshal for immediate transport to the institution designated by the Bureau of Prisons.

**IT IS SO ORDERED.**

November 16, 2023                                         s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge

cc: U.S. Marshal
    Dayton, Ohio

    U.S. Pretrial Services
    Dayton, Ohio

---

[1] Defendant's release on bond with special conditions is documented in the instant case and in his related case, *United States v. Marcel Wallace*, No. 3:22-cr-46 (S.D. Ohio).